*E-FILED: November 6, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIE NGO, | No. C12-02164 HRL |
| Plaintiff, | **ORDER DENYING WITHOUT PREJUDICE STIPULATION TO EXTEND FACT DISCOVERY CUTOFF** |
| v. | |
| NETLOGIC MICROSYSTEMS, INC., a foreign corporation; BROADCOM CORPORATION, a California corporation; and DOES 1-50, | [Re: Docket No. 31] |
| Defendants. | |

The parties have stipulated to extend the court-ordered fact discovery cutoff from November 30, 2012 to December 14, 2012. "A Court order is required for any enlargement or shortening of time that alters an event or deadline already fixed by Court order or that involves papers required to be filed or lodged with the Court (other than an initial response to the complaint)." CIV. L.R. 6-1(b). The parties have given no reason for the requested extension. Nor have they described what effect, if any, the requested extension will have on the case schedule. Accordingly, their stipulated extension is denied without prejudice to the filing of a stipulated request pursuant to Civ. L.R. 6-2 that includes a declaration that (1) sets forth with particularity the reasons for the requested extension of time; (2) discloses all previous time modifications in the case, whether by stipulation or court order; and (3) describes the effect the

requested time modification would have on the case schedule.

SO ORDERED.

Dated: November 6, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

1  5:12-cv-02164-HRL Notice has been electronically mailed to:

2  Jared A. Washkowitz    jw102475@gmail.com

3  Melinda S. Riechert    mriechert@morganlewis.com, dsemans@morganlewis.com, kpastor@morganlewis.com, richard.jackson@morganlewis.com, zbasrai@morganlewis.com

4  Zeenat Imtiaz Basrai    zbasrai@morganlewis.com, dsemans@morganlewis.com